IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                Plaintiff,

  v.

JARED LANDON,

                Defendant.

ORDER

14-po-006-slc

---

The court accepts the parties' joint recommendation for disposition of this case. Therefore, IT IS ORDERED that defendant Jared Landon shall pay a fine of $200 to the Clerk of Court, 120 North Henry Street, Room 320, Madison, Wisconsin 53703 no later than July 21, 2014. A $25 criminal assessment fee is also imposed and is to be paid to the Clerk of Court immediately.

Entered this 20th day of June, 2014.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge